**FILED**

02/16/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AF 06-0112

IN THE SUPREME COURT OF THE STATE OF MONTANA

AF 06-0112

IN THE MATTER OF THE CRIMINAL JURY
INSTRUCTIONS COMMISSION

**ORIGINAL**

O R D E R

The terms of the Honorable Luke Berger, the Honorable Jessica Fehr, the Honorable Michael Hayworth, Melissa Broch, Professor Andrew King-Ries, and Chad Wright as members of the Criminal Jury Instructions Commission have expired. The Court thanks each member for their service to the Commission, to this Court, and to the people of Montana.

IT IS HEREBY ORDERED that the Honorable Jessica Fehr, the Honorable Michael Hayworth, Melissa Broch, Professor Andrew King-Ries, and Chad Wright are reappointed as members of the Criminal Jury Instructions Commission for four-year terms expiring November 1, 2025. The Honorable Michael Hayworth shall serve as Chair.

IT IS FURTHER ORDERED that the Honorable Kaydee Snipes-Ruiz is hereby appointed to replace the Honorable Luke Berger for a term expiring November 1, 2025.

The Clerk is directed to provide copies of this Order to the Honorable Luke Berger, the Honorable Kaydee Snipes-Ruiz, the Honorable Jessica Fehr, the Honorable Michael Hayworth, Melissa Broch, Professor Andrew King-Ries, Chad Wright, each member of the Criminal Jury Instructions Commission, and to the State Bar of Montana.

DATED this 15 day of February, 2022.

Chief Justice

FILED

FEB 1 5 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____

_____

_____

_____
Justices